IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00981-MJW

JENNIFER PARADY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on May 18, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Jennifer Parady.

DATED at Denver, Colorado this   19th    day of May, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

    s/M. Ortiz
    Monique Ortiz
    Deputy Clerk